IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| MSN LABORATORIES PRIVATE LIMITED, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 1:23-cv-1675 |
| | ) |
| BIOPROJET SOCIÉTÉ CIVILE DE RECHERCHE, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF HEARING**

Please take notice that on Friday, January 12, 2024, at 10:00 a.m., or as soon thereafter as it may be heard, Defendant Bioprojet Société Civile de Recherche will present oral argument in support of its Motion to Transfer This Action to the District of Delaware or Stay Proceedings.

| | |
|---|---|
| Dated: December 21, 2023 | Respectfully Submitted, |
| | COVINGTON & BURLING LLP |
| | */s/ Erica N. Andersen* |
| | _____ |
| OF COUNSEL: | Erica N. Andersen (VA Bar No. 76466) |
| | COVINGTON & BURLING LLP |
| Christopher N. Sipes* | One CityCenter |
| Brianne Bharkhda* | 850 Tenth Street NW |
| Sarahi Uribe* | Washington, DC 20001-4956 |
| Elaine Nguyen* | T: (202) 662-5549 |
| COVINGTON & BURLING LLP | F: (202) 778-5549 |
| One CityCenter | eandersen@cov.com |
| 850 Tenth Street NW | |
| Washington, DC 20001-4956 | |
| (202) 662-6000 | *Attorneys for Defendant* |

Yiye Fu*
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306
(650) 632-4700

*Not admitted in Virginia. *Pro hac*
to be filed.